IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

FILED

**January 19, 1999**

**Cecil W. Crowson**
**Appellate Court Clerk**

| | | |
|---|---|---|
| JENNIFER O. WILSON, | ) | **NOT FOR PUBLICATION** |
| | ) | Filed: January 19, 1999 |
| Plaintiff/Appellee, | ) | |
| | ) | |
| v. | ) | S.CT. NO. 01S01-9807-CV-00130 |
| | ) | |
| LARRY ARNOLD WILSON, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

## ORDER ON PETITION FOR REHEARING

The plaintiff-appellee, Jennifer O. Wilson, has filed a petition for rehearing in this case which the Court has considered and is of the opinion that the petition should be denied. The members of the Court adhere to the positions stated in the original opinions filed in this cause.

PER CURIAM